IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER GERIDEAU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | NO. 15-3526 |
| Acting Commissioner of Social Security | : | |
| Administration | : | |

**ORDER**

**AND NOW**, this 6th day of June, 2016, upon consideration of Plaintiff's Memorandum of Law in support of her Request for Review (Docket No. 9), Defendant's Response thereto, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Docket No. 13), and Plaintiff's May 24, 2016 letter waiving the opportunity to object to the Report and Recommendation (Docket No. 14), **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **DENIED**.

3. **JUDGMENT IS ENTERED** in favor of Defendant.

BY THE COURT:

_____
John R. Padova, J.